THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHONNETTE D. BULLOCK, Appellant. [833 NYS2d 421]— Appeal from a judgment of the Monroe County Court (John J. Connell, J.), rendered July 9, 2003. The judgment convicted defendant, upon her plea of guilty, of attempted criminal sale of a controlled substance in the third degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present—Hurlbutt, J.P., Gorski, Smith, Fahey and Green, JJ.